UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　　　　　　　20-cr-0450(LAK)

ABDULLAH SULEIMAN,

        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    This case now has been set for jury selection commencing March 23, 2021. In the event defendant desires to change his plea, the change of plea is referred to the Magistrate Judge.

    SO ORDERED.

Dated:    December 9, 2020

                                                   _____
                                                       Lewis A. Kaplan
                                                  United States District Judge