**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abdulla Suleiman*, 20 Cr. 450 (LAK)

Dear Judge Kaplan:

    This case is currently scheduled for a status conference on January 6, 2021, but the parties have been advised by the Court that there is a conflict that will prevent the conference from proceeding at that time. The pretrial motions process in this case is complete, and the case is currently scheduled for trial on March 23, 2021, though the Court has indicated that it intends to grant the defendant's pending request to adjourn the trial until the status of the COVID-19 crisis in New York City improves. The Government understands that the Court is considering rescheduling trial for May or June 2021, and the Government has no objection to that timetable. Accordingly, the Government respectfully submits that a status conference may not be necessary at this time and requests that (1) the conference be adjourned for a period of 60 days, and (2) the Court submit a request to the trial scheduling committee for a May or June 2021 trial date.

    The Government also requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from January 6, 2021 until the adjourn date selected for the status conference. The Government submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance is designed to ensure the effective representation of counsel in the face of logistical difficulties posed by the

MEMO ENDORSEMENT

The request of defense attorney, Mr. Alan Seidler, to adjourn the the March 23, 2021 trial date due to the ongoing pandemic is granted. The March 23, 2021 trial date is adjourned sine die. The canceled January 6, 2021 conference is rescheduled for a teleconference on February 24, 2021 at 11:00 AM, at which time a setting a new trial date will be discussed. Time from today, through and including 2/24/2021 is excluded from speedy trial calculations for the reasons given by counsel in this letter.

So Ordered: _____
                Hon. Lewis A. Kaplan, U.S.D.J.
Dated: January 11, 2021

Case 1:20-cr-00450-LAK   Document 20   Filed 01/14/21   Page 2 of 2
Case 1:20-cr-00450-LAK   Document 19   Filed 01/05/21   Page 2 of 2

Page 2

COVID-19 pandemic, to permit the defendant's request for a later trial date, and to reflect the current suspension of jury trials in this District in light of the pandemic.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

by: _____
        Jacob R. Fiddelman
        Kedar S. Bhatia
        Assistant United States Attorneys
        (212) 637-1024 / 2465

cc:    Defense counsel (by ECF)