USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ABDULLA SULEIMAN,

                Defendant.

ORDER

20 Cr. 450 (LAK)

WHEREAS, on May 19, 2021, with defendant ABDULLA SULEIMAN's consent, his guilty plea allocution was made before a United States Magistrate Judge;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for 9/15/21 at 11:00 AM.

The Clerk shall terminate DKT 26.

Dated: New York, New York
5/26, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE