**MEMO ENDORSED**

August 12, 2021

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Suleiman
    20cr450(LAK)

Dear Judge Kaplan;

    With the consent of the Government, by AUS Fiddelman, I write to request sentencing be continued to an early October date convenient to the Court. I did not receive the PSR until July 13, 2021, and I am still in the process og obtaining sentencing materials from outside the USA.
    Thank you.

Respectfully,

*Bernard Alan Seidler*

B. Alan Seidler

by ECF

Sentencing adjourned until 10/6/21 at 2:15 pm

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

8/13/21