UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-                                                   20-cr-450 (LAK)

ABDULLAH SULEIMAN,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2026

## ORDER

LEWIS A. KAPLAN, *District Judge.*

> Having received defendant's *pro se* motion for compassionate release (Dkt 53), the government is ordered to respond by March 3, 2026.

> SO ORDERED.

Dated:        January 5, 2026

Lewis A. Kaplan
United States District Judge