Copies mailed
Chambers of Judge Kaplan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-
                                                        20-cr-0450 (LAK)

ABDULLAH SULLEIMAN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DENYING MOTION
## FOR COMPASSIONATE RELEASE

LEWIS A. KAPLAN, *District Judge.*

       While defendant genuinely may be concerned about his health, the fact remains that he has not shown that there are extraordinary or compelling reasons for a sentence reduction, that his release would not endanger the community, or that a sentence reduction would be warranted upon consideration of the Section 3553 factors – all substantially for the reasons set out in the government's memorandum. He is a dangerous career offender who would be exceptionally likely to resume drug trafficking were he released and, despite his concerns, there is no satisfactory evidence of any life threatening or serious medical conditions.

       The motion for compassionate release (Dkt 53) is **denied** in all respects.

       SO ORDERED.

Dated:       April 28, 2026

                                                       Lewis A. Kaplan
                                        United States District Judge