UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-

20-cr-0450 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-26

ABDULLAH SULEIMAN,

Defendant.
------------------------------------------x

**ORDER DENYING MOTION
FOR SENTENCE REDUCTION**

LEWIS A. KAPLAN, *District Judge.*

In what he styles as a motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i), defendant seeks to have this Court adjudicate VOSR charges pending in a different case in a different jurisdiction. The court overseeing that case already has denied defendant's request. Even if this Court were to have authority to act on defendant's request, it would do the same for the same reasons.

Defendant's so-called motion for sentence reduction (Dkt 59) is **denied** in all respects.

SO ORDERED.

Dated: September 9, 2026

Lewis A. Kaplan
United States District Judge